UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LEACH-MORIN,

       Plaintiff,                     Case no. 10-14444
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Charles E. Binder's April 6, 2011 Report and Recommendation, the objection and response filed by the parties, and upon review of the entire record;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date:  May 16, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 16, 2011, using the ECF system and upon Plaintiff at 504 Park Circle, Clio, MI 48420 by first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager